IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02481-WYD-MJW

TERRY D. HAMILTON, an individual; and
CHEM-AWAY, INC., a Colorado Corporation,

     Plaintiffs,

v.

WALTER POENISCH, a/k/a James "Jim" Poenisch, an individual;
SUZANNE CONRY, an individual;
CHEYENNE, WY DEVELOPMENT CORPORATION, a Wyoming Corporation;
EUGENE H. BARKER, an individual;
BERNARD C. MAYNES, an individual;
B&B 2ND MORTGAGE, LLC, a Colorado Limited Liability Company;
B&B VENTURES, LLC, a Colorado Limited Liability Company;
HIGH POINTE, LLC, a Colorado Limited Liability Company;
THOMAS W. METCALF, an individual;
THOMAS W. METCALF, ATTORNEY AT LAW, a professional law firm;
GARY L. BUTLER, an individual; and
CENTENNIAL BANK OF THE WEST, a/k/a GUARANTY BANK AND TRUST
COMPANY, a Colorado Corporation,

     Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Gary L. Butler's Joinder in Eugene Barker, Bernard Maynes, Thomas W. Metcalf and Thomas W. Metcalf, Attorney at Law's Unopposed Motion for Extension of Time to Move or Otherwise Respond to the Complaint (docket no. 10) is GRANTED.  Defendant Gary L. Butler shall have up to and including December 31, 2010, to either Answer or otherwise respond to the Complaint.

Date:  December 7, 2010