IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02481-~~WYD~~-MJW  [handwritten: WJM]

TERRY D. HAMILTON, an individual; and
CHEM-AWAY, INC., a Colorado Corporation

Plaintiffs,

vs.

WALTER POENISCH aka. JAMES "JIM" PEONISCH, an individual;
SUZANNE CONRY, an individual;
CHEYENNE WY DEVELOPMENT CORPORATION, a Wyoming Corporation;
EUGENE H. BARKER, an individual;
BERNARD C. MAYNES, an individual;
B&B 2ND MORTGAGE, LLC, a Colorado Limited Liability Company;
B&B VENTURES, LLC, a Colorado Limited Liability Company;
HIGH POINTE, LLC, a Colorado Limited Liability Company;
THOMAS W. METCALF, an individual;
THOMAS W. METCALF, ATTORNEY AT LAW, a professional law firm;
GARY L. BUTLER, an individual;
CENTENNIAL BANK OF THE WEST aka
GUARANTY BANK AND TRUST COMPANY, a Colorado Corporation

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONVERT SCHEDULING
CONFERENCE INTO TELEPHONIC STATUS CONFERENCE**
[handwritten: ( Docket No 48 )]

BEFORE ME is the Unopposed Motion to Convert Scheduling Conference into Telephonic Status Conference. Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that this Motion is GRANTED. The Scheduling Conference currently set for Thursday, February 24, 2011 at 9:00 a.m. will now serve as a Telephonic Status Conference. The parties shall set up the telephone conference and then call the Court. [handwritten: The Court's Telephone number is 303-844-2403.]

10-CV-02481-WJM-MJW   DN 48

DATED: February 22, 2011    BY THE COURT

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO